JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| STEVE THARP, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A.M. CASTLE & CO., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No: 2:20-cv-11628-CAS (AFMx)<br><br>*Assigned for All Purposes to Honorable Christina A. Snyder Magistrate Alexander F. MacKinnon*<br><br>[~~PROPOSED~~] ODER GRANTING PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41<br><br>Complaint Filed:　November 5, 2020<br>Trial Date:　　　　June 21, 2022 |

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Steve Tharp's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED**

Dated: March 16, 2022

　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　Honorable Christina A. Snyder
　　　　　　　　　　　　　　　　　United States District Judge